## Case Information

CC-18-07192-B | JAFAR RESUL vs. L. GIANNINI TRUCKING, L.L.C, CURTIS LEEVON EADY

| | | |
|---|---|---|
| Case Number<br>CC-18-07192-B | Court<br>County Court at Law No. 2 | Judicial Officer<br>BELLAN, MELISSA |
| File Date<br>12/31/2018 | Case Type<br>DAMAGES (COLLISION) | Case Status<br>OPEN |

## Party

PLAINTIFF
RESUL, JAFAR

Inactive Attorneys ▼
**Lead Attorney**
CORTEZ, CARLOS R
**Retained**

Work Phone
**214-919-4208**

Fax Phone
**214-919-4209**

DEFENDANT
L. GIANNINI TRUCKING, L.L.C

Address
SERVE THE CHAIRMAN OF TEXAS TRANSPORTATION J. BRUCE BUGG, JR
125 E. 11TH STREET
AUSTIN TX 78701

Inactive Attorneys ▼
**Lead Attorney**
DYER, MARK J
**Retained**

Work Phone
**214-420-5510**

Fax Phone
**214-420-5501**

DEFENDANT
EADY, CURTIS LEEVON

Inactive Attorneys ▼
**Lead Attorney**

**Address**
316 WEST 5TH STREET
JACKSONVILLE FL 32206

Retained

Work Phone
**214-420-5510**

Fax Phone
**214-420-5501**

## Events and Hearings

12/31/2018 NEW CASE FILED (OCA)

12/31/2018 ORIGINAL PETITION ▼

PLAINTIFF S ORIGINAL PETITION AND WRITTEN DISCOVERY TO DEFENDANTS

CIVIL CASE INFORMATION SHEET

Comment
**PLAINTIFF S ORIGINAL PETITION AND WRITTEN DISCOVERY TO DEFENDANTS**

12/31/2018 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

Comment
**E-SERVE ENV# 30054511**

01/02/2019 CITATION (SERVICE) ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Anticipated Server
**ATTORNEY**

Anticipated Method

01/23/2019 ORIGINAL ANSWER - GENERAL DENIAL ▼

01/23/2019 RETURN OF SERVICE ▼

RETURNED OF SERVICE

Comment
**L GIANNINI TRUCKING LLC**

03/29/2019 DISMISSAL HEARING ▼

1ccl#2 Y Letter

Judicial Officer
**BELLAN, MELISSA**

Hearing Time
9:00 AM

## Financial

RESUL, JAFAR

| | |
|---|---|
| Total Financial Assessment | $285.00 |
| Total Payments and Credits | $285.00 |

| Date | Description | Receipt # | Payor | Amount |
|---|---|---|---|---|
| 12/31/2018 | Transaction Assessment | | | $285.00 |
| 12/31/2018 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2018-16593 | RESUL, JAFAR | ($285.00) |

## Documents

PLAINTIFF S ORIGINAL PETITION AND WRITTEN DISCOVERY TO DEFENDANTS

- ISSUE CITATION
- ISSUE CITATION
- 1cc#2 Y Letter
- ORIGINAL ANSWER GENERAL DENIAL
- RETURNED OF SERVICE