IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAFAR RESUL<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:19-cv-00238-M |
| L. GIANNINI TRUCKING, L.L.C.,<br>and CURTIS LEEVON EADY,<br>    Defendants. | §<br>§<br>§<br>§ | |

### AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW COME **PLAINTIFF JAFAR RESUL** and **DEFENDANTS L. GIANNINI TRUCKING, L.L.C.** and **CURTIS LEEVON EADY,** in the above-styled cause, and file this their Agreed Stipulation of Dismissal, asking that the Court dismiss all claims asserted by Plaintiff against Defendants without prejudice to the refiling of same, and for cause would show the Court the following:

That the Plaintiff and Defendants have resolved their differences and requests that the Court dismiss without prejudice all claims asserted by Plaintiff against Defendants in the above-styled cause, with each party paying their own court costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that the Court enter an Order dismissing all claims asserted by Plaintiff against Defendants without prejudice to the refiling of same and with each party paying their own court costs.

Respectfully submitted,

By: _____
CARLOS R. CORTEZ
State Bar No. 00796407
CORTEZ LAW FIRM, P.L.L.C.
12801 North Central Expressway, Suite 360
Dallas, Texas 75243
Tel:    214-919-4208
Fax:   214-919-4209
Email: ccortez@cortezlawfirmpllc.com

**ATTORNEYS FOR PLAINTIFFS**

By: _____
MARK J. DYER
State Bar No. 06317500
dyer@mdjwlaw.com
**BENJAMIN D. BRITT**
State Bar No. 24040577
britt@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
214-420-5510
214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on this the 1st day of February 2019.

_____
CARLOS R. CORTEZ