**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JAFAR RESUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:19-cv-00238-M |
| L. GIANNINI TRUCKING, L.L.C. and CURTIS | § | |
| LEEVON EADY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Agreed Stipulation of Dismissal Without Prejudice [ECF No. 6].

Because the Agreed Stipulation suggests an order from the Court, it is interpreted as a joint

motion and is **GRANTED**.  **IT IS ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE**, with each party bearing his or its own costs and fees.

**SO ORDERED**.

February 5, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE